JULIUS CADE v. THE STATE.

No. 7508.   Decided February 28, 1923.

**Murder—Practice on Appeal.**

In the absence of a statement of facts and bills of exception, the indictment being sufficient, and the charge of the court submitted the law of murder, etc., the judgment is affirmed.

Appeal from the Criminal District Court of Harris.   Tried below before the Honorable C. W. Robinson.

Appeal from a conviction of murder; penalty, twenty-five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Harris County of the offense of murder, and his punishment fixed at twenty-five years in the penitentiary.

The record is before us without bill of exceptions or statement of facts. The indictment charges that appellant did with malice afore-

thought kill Sally Mays by striking her with a hatchet. The charge of the court submitted the law of murder and of the defense of alibi, and a special charge asked by appellant was given. No exceptions were reserved to the court's charge.

Finding no error in the record, the judgment will be affirmed.

*Affirmed.*